IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARIO A. JIMINEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:05-CV-364-T |
| ) | WO |
| AUBURN POLICE DEPT., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 9, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that:

1. Plaintiff's complaint against the Auburn Police Department, the Lee County Sheriff's Office, the Department of Human Resources, Detective Pugh, and Nurse Stewart is DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B);

2. Plaintiff's conditions of confinement claim is DISMISSED without prejudice; and

3. This complaint is DISMISSED prior to service of process.

DONE, this the 27th day of May, 2005.

　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE